# **EXHIBIT A**

1. J. Alderson
2. J. Anderson
3. C. Birch Meir
4. M. Brandly
5. B. Bruegger
6. R. Buthia
7. D. Byrd
8. M. Cross
9. W. Freeman
10. A. Gibson
11. R. Haley
12. A. Headley
13. K. Hooks
14. J. St. John
15. W. Johnson
16. T. Jones
17. T. Kilgore
18. B. Kloha
19. D. McClendon
20. T. McKinnon
21. K. Mclaren
22. K. Pasha
23. J. Peete
24. R. Pierce
25. D. Pope
26. J. Saine
27. M. Sanford
28. B. Smith
29. C. Smith
30. R. Sutton
31. C. Versreate
32. C. Vincent
33. A. West